IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ARTHUR JAMES HUNT                                                                               PLAINTIFF

VERSUS                                                    CIVIL ACTION NO: 1:04cv733WJG-JMR

WAL-MART                                                                                        DEFENDANT

## SUMMARY JUDGMENT

This cause comes before the Court on the motion of the Defendant, Wal-Mart for summary judgment [22-1] pursuant to Federal Rule of Civil Procedure 56(c).  Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is therefore,

ORDERED AND ADJUDGED that the Defendant's motion for summary judgment [22-1] be, and is hereby, granted.  It is further,

ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed.  It is further,

ORDERED AND ADJUDGED that each party shall bear their respective costs.

SO ORDERED AND ADJUDGED, this the 30th day of January, 2006.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE